1  Chad D. Bernard (State Bar No. 194162)
   JACKSON LEWIS P.C.
2  725 S Figueroa St., Suite 2500
   Los Angeles, CA 90017-5408
3  Telephone:  (213) 689-0404
   Facsimile:  (213) 689-0430
4  E-mail:  Chad.Bernard@jacksonlewis.com

5  Trey Sims (State Bar No. 327959)
   JACKSON LEWIS P.C.
6  50 California Street, 9th Floor
   San Francisco, California 94111-4615
7  Telephone:  (415) 394-9400
   Facsimile:  (415) 394-9401
8  E-mail:  Trey.Sims@jacksonlewis.com

9  Attorneys for Defendant
   THE SCION GROUP LLC

10              **UNITED STATES DISTRICT COURT**

11             **EASTERN DISTRICT OF CALIFORNIA**

12

13 | NORMAN RESPASS, an individual, on | **Case No.:** |
   | behalf of himself, and on behalf of others | |
   | similarly situated, | **DEFENDANT'S NOTICE OF** |
14 | | **REMOVAL OF ACTION TO THE** |
   | | **UNITED STATES DISTRICT COURT** |
15 | Plaintiff, | **FOR THE EASTERN DISTRICT OF** |
   | | **CALIFORNIA PURSUANT TO 28** |
16 | v. | **U.S.C. §§ 1331, 1441, 1446, 1453 AND** |
   | | **1367(a)** |
17 | THE SCION GROUP LLC, a Limited | |
   | Liability Company; and DOES 1 through | (Filed concurrently with Declaration of Trey |
18 | 50, inclusive, | Sims; Civil Case Cover Sheet; and Corporate |
   | | Disclosure Statement) |
19 | Defendant | |
   | | Complaint Filed:  9/23/2020 |
20

21

22      **TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR**

23   **THE EASTERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF NORMAN**

24   **RESPASS AND HIS ATTORNEYS OF RECORD:**

25      **PLEASE TAKE NOTICE** that Defendant  THE SCION GROUP LLC ("Scion")

26   hereby invokes this Court's jurisdiction under the provisions of 28 U.S.C. §§ 1331, 1332,

27   1441, 1446, 1453, and 1367(a) to remove this action from the Superior Court of

28   California for the County of Sacramento ("Sacramento County Superior Court") to the

1 United States District Court for the Eastern District of California – Sacramento Division
2 on the grounds of federal question jurisdiction.  In support thereof, Scion asserts the
3 following:

4 <u>**PRELIMINARY STATEMENT OF JURISDICTION**</u>

5 1.     The District Court has original jurisdiction under 28 U.S.C. Section 1331,
6 and this case may be removed pursuant to Section 1441(a) because it is a civil action
7 arising under the laws of the United States.

8 2.     As set forth below, jurisdiction within this District Court is proper on the
9 grounds herein described and the action is timely and properly removed upon the filing of
10 this Notice.

11 <u>**SERVICE AND PLEADINGS FILED IN STATE COURT**</u>

12 3.     On September 23, 2020, Plaintiff NORMAN RESPASS ("Plaintiff") filed a
13 complaint against Scion in Sacramento County Superior Court, in a matter entitled
14 *NORMAN RESPASS, an individual, on behalf of himself, and on behalf of others*
15 *similarly situated, Plaintiff, v. THE SCION GROUP LLC, a Limited Liability Company;*
16 *and DOES 1 through 50, inclusive, Defendant*, No. 34-2020-00285285 (the "State Court
17 Complaint").  True and correct copies of the Complaint, Summons, and all accompanying
18 documents filed by Plaintiff are attached to the Declaration of Trey Sims ("Sims
19 Declaration") filed concurrently herewith.

20 4.     Plaintiff's State Court Complaint asserts thirteen (13) causes of action:
21 (1) Unfair Competition in Violation of Cal. Bus. & Prof. Code §§ 17200, *et seq*.;
22 (2) Failure to Pay Minimum Wages in Violation of Cal. Lab. Code §§ 1194, 1197, and
23 1197.1; (3) Failure to Pay Overtime Wages in Violation of Cal. Lab. Code §§ 510, *et*
24 *seq*.; (4) Failure to Provide Required Meal Periods in Violation of Cal. Lab. Code §§
25 226.7 and 5.12 and the applicable IWC Wage Order; (5) Failure to Provide Required Rest
26 Periods in Violation of Cal. Lab. Code §§ 226.7 and 5.12 and the applicable IWC Wage
27 Order; (6) Failure to Provide Accurate Itemized Statements in Violation of Cal. Lab.
28 Code § 226; (7) Failure to Provide Wages When Due in Violation of Cal. Lab. Code §§

201, 202 and 203; (8) Failure to Reimburse Employees for Required Expenses in Violation of Cal. Lab. Code § 2802; (9) Violation of Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq.*, for Failure to Make Proper Disclosures; (10) Violation of FCRA, 15 U.S.C. § 1681 *et seq.*, for Failure to Obtain Proper Authorization; (11) Violation of the Investigative Consumer Reporting Agencies Act, Cal. Civ. Code § 1786, *et seq.*, for Failure to Make Proper Disclosures; (12) Violation of the Consumer Credit Reporting Agencies Act, Labor Code §§ 2698, *et seq.*, for Failure to Obtain Proper Disclosures; (13) Violation of the Private Attorneys General Act ("PAGA"), Labor Code §§ 2698 *et seq.* (*See* Exhibit A, State Court Complaint at ¶¶ 13-34.)

5.    On October 19, 2020, Defendant received Plaintiff's service of process. A true and correct copy of the Summons, Complaint (the "State Court Complaint"), Civil Case Cover Sheet, Notice and Order of Complex Case Determination, Program Case Notice, and Alternative Dispute Resolution Information Package is attached as **Exhibit A** to the Sims Declaration.

6.    On November 17, 2020 Defendant filed an Answer to Plaintiff's Class Action Complaint in Sacramento County Superior Court generally denying the allegations in the State Court Complaint and setting forth Defendant's affirmative defenses. A true and correct copy of Scion's Answer is attached as **Exhibit B** to the Sims Declaration. (*See* Exhibit B, State Court Answer).

## **REMOVAL IS TIMELY**

7.    Plaintiff formally served Defendant Scion with a copy of the State Court Compliant on or about October 19, 2020.  This Notice of Removal has been filed within thirty (30) days after Scion received service of the State Court Complaint. As, such, this removal has been filed within the time period mandated by 28 U.S.C. § 1446(b).  *See* 28 U.S.C. § 1446(b)(3) ("[A] notice of removal may be filed within thirty days after receipt by the defendant, through service or otherwise, of a copy of an amended pleading,

motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable.")

## NOTICE TO ALL PARTIES AND STATE COURT

8.    In accordance with 28 U.S.C. § 1446(d), the undersigned counsel certifies that a copy of this Notice of Removal along with all supporting pleadings will be promptly served on Plaintiff's counsel, and also filed with the Clerk of the Sacramento County Superior Court.  All procedural requirements for notice under 28 U.S.C. § 1446, therefore, will be followed and satisfied.

## VENUE IS PROPER

9.    Venue of this action lies in the United States District Court for the Eastern District of California – Sacramento Division pursuant to 28 U.S.C. Section 1441(a) as the state court from which this action was removed and in which this action was commenced is within this Court's district and division.  *See* Exhibit A, State Court Complaint at ¶¶ 35-36.; 28 U.S.C. § 1441(a)  ("[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending.")

## FEDERAL QUESTION and SUPPLEMENTAL JURISDICTION

10.    "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."  28 U.S.C. § 1331.

11.    Two of the 13 causes of action asserted in the State Court Complaint are brought under the FCRA, a federal statute.  Specifically, Plaintiff alleges that Defendant violated the FCRA, 15 U.S.C. §§ 1681b(b)(2)(A)(i) and 1681b(b)(3)(A)(ii) (*See* Exhibit A, State Court Complaint at ¶¶ 13-14.)  Not only do Plaintiff's FCRA claims make up the crux of the State Court Complaint, but Plaintiff defines his class as the "FRCA Class" (*See* Exhibit A, State Court Complaint at ¶ 56.) Plaintiff specifically claims that Defendant's alleged FRCA violations harmed him and the putative class. (*See Id.* at ¶ 57).

12.     The FCRA is a federal statute. Accordingly, this Court has original jurisdiction over Plaintiff's FCRA claims under 28 U.S.C. § 1331, making this action appropriate for removal under 28 U.S.C. § 1441.

13.     In addition, this Court has supplemental jurisdiction because the state/common law claims are "so related to [the federal] claims that they form part of the same case or controversy." 28 U.S.C. § 1367. Here, all of Plaintiff's claims arise from his employment with Defendant and particularly whether Scion intentionally, knowingly, and willfully failed to maintain and enforce lawful corporate policies, practices and procedures. Plaintiff's Unfair Competition claim incorporates the same factual allegations upon which his state and federal claims are based. (*See id.* at ¶ 42.) Plaintiff's Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth and Thirteenth Causes of Action are based on whether Defendant failed to maintain and enforce company policies, practices and procedures consistent with applicable California wage and hour laws. (*See id.* at ¶ 48.)  Similarly, Plaintiff's Ninth, Tenth, Eleventh and Twelfth causes of action all relate to whether Defendant's background check disclosure and authorization procedures complied with applicable federal and state laws. (*See id.* at ¶¶ 57, 66, and 74.) The claims all arise from the same set of underlying facts and form part of the same case and controversy. Accordingly, Defendant requests this Court retain jurisdiction for all further proceedings.

**WHEREFORE**, Scion respectfully removes the above action pending in the Sacramento County Superior Court.

///
///
///
///
///
///
///
///

CASE NO.:                                    5          DEFENDANT'S NOTICE OF REMOVAL OF ACTION
                                                        TO THE UNITED STATES DISTRICT COURT

1

Respectfully submitted,

2

3

4    Dated:  November 18, 2020

JACKSON LEWIS P.C.

5

6

By:/s/Chad D. Bernard_____

7
Chad D. Bernard
Trey Sims

8

9
Attorneys for Defendant
THE SCION GROUP LLC

10   4829-5616-4306, v. 1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28