Jean-Claude Lapuyade (SBN 248676)
Eduardo Garcia (SBN 290572)
**JCL Law Firm, APC**
5440 Morehouse Drive, Suite 3600
San Diego, CA 92121
Tel:   (619) 599-8292
Fax:   (619) 599-8291
jlapuyade@jcl-lawfirm.com
egarcia@jcl-lawfirm.com

Shani O. Zakay (SBN 277924)
Jackland K. Hom (SBN 327243)
**Zakay Law Group, APLC**
5440 Morehouse Drive, Suite 3600
San Diego, CA 92121
Tel:   (619) 255-9047
Fax:   (858) 404-9203
shani@zakaylaw.com
jackland@zakaylaw.com

Norman B. Blumenthal (SBN 068687)
Kyle R. Nordrehaug (SBN 205975)
Aparajit Bhowmik (SBN 248066)
**Blumenthal Nordrehaug Bhowmik De Blouw, LLP**
2255 Calle Clara
La Jolla, CA 92037
Tel:   (858) 551-1223
Fax:   (858) 551-1232

Attorneys for Plaintiffs

(*additional counsel on next page*)

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN RESPASS, individually, and on behalf of himself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>THE SCION GROUP, LLC a Limited Liability Company; and DOES 1 through 100, Inclusive,<br><br>Defendants. | Case No. 2:20-CV-02307-MCE-JDP<br><br>**JOINT STIPULATION AND ORDER TO REMAND ACTION TO STATE COURT**<br><br>Removed:   November 18, 2020 |

1
JOINT STIPULATION AND ORDER TO REMAND ACTION TO STATE COURT

1 | **JACKSON LEWIS P.C.**
Chad D. Bernard, Cal. Bar No. 194162
2 | 725 S. Figueroa St., Suite 2500
Los Angeles, CA 90017
3 | Telephone: (213) 689-0404
Facsimile: (213) 689-0430
4 | Email: Chad.Bernard@jacksonlewis.com

5 | **JACKSON LEWIS P.C.**
Trey Sims, Cal. Bar No. 327959
6 | 50 California Street, 9th Floor
San Francisco, CA 94111
7 | Telephone: (415) 394-9400
Facsimile: (415) 394-9401
8 | Email: Trey.Sims@jacksonlewis.com

9 | Attorneys for Defendant

Plaintiff Norman Respass ("Plaintiff") and Defendant The Scion Group, LLC ("Defendant"), by and through their counsel of record, hereby jointly move as follows:

WHEREAS, on August 15, 2020, Plaintiff filed a Complaint in Sacramento County Superiour Court (the "State Court") against Defendant entitled *Respass v. The Scion Group, LLC,* Case No. 34-2020-00285285 ("Class Action");

WHEREAS, on November 19, 2020, Defendant removed the Class Action to this Court;

WHEREAS, on June 22, 2021, Plaintiff and Defendant participated in an all-day mediation with mediator Jeffrey Krivis, Esq. ("Mediation"), and, following the Mediation, they reached an agreement to settle the claims asserted in the Class Action;

WHEREAS, pursuant to the agreement to settle the Class Action, Plaintiff and Defendant agree to remand this action to Sacramento County Superior Court for purposes of obtaining Court approval of the global settlement reached at the Mediation;

NOW THEREFORE, for the good cause set forth above, Plaintiff and Defendant request that the Court enter an Order: (1) vacating all dates presently on calendar; and (2) remand this action to Sacramento County Superior Court.

DATED: August 24, 2022         JCL Law Firm, APC
                                Zakay Law Group, APLC

                                By  */s/ Jean-Claude Lapuyade*
                                    Jean-Claude Lapuyade
                                    Shani O. Zakay

                                Attorneys for Plaintiff Norman Respass

3
JOINT STIPULATION AND ORDER TO REMAND ACTION TO STATE COURT

DATED: August 24, 2022          **JACKSON LEWIS, P.C.**

By /s/ Trey Sims
    Trey Sims

Attorneys for Defendant
The Scion Group, LLC

### ORDER

On August 24, 2022, the parties filed a Joint Stipulation to (1) Vacate All Dates and (2) Remand the Action to State Court (the "Joint Stipulation"). The Court, having considered the Joint Stipulation and good cause appearing therefore, HEREBY ORDERS AS FOLLOWS:

1. All deadlines, dates, and events presently on calendar are VACATED;
2. The above-captioned action is hereby REMANDED to Sacramento County Superior Court; and
3. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated: September 6, 2022

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE